UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ELMER LEE THOMAS,
            Plaintiff

     -vs-

GERALD NORRIS, et al.,
            Defendants

NO. 3:CV-02-1854

(Judge Kosik)

## **ORDER**

Before the court is an objection to an Order of the Magistrate Judge filed on January 3, 2006 denying plaintiff's motion for an extension of time to oppose defendants' motion to file for summary judgment *nunc pro tunc* or for an extension of time to respond to the defendants' summary judgment motion until defendants address his request regarding their job duties. Specifically, plaintiff believes that the Magistrate Judge should not have granted defendants' request to file for summary judgment out of time. We have reviewed the Magistrate Judge's Order and we do not find that it was clearly erroneous or contrary to law, 28 U.S.C. §636. Accordingly, we will dismiss the plaintiff's objection.

NOW, THEREFORE, this 19th day of January, 2006, IT IS HEREBY ORDERED THAT:

(1) The plaintiff's objection to the January 3, 2006 Order of the Magistrate Judge (Document 50) is DISMISSED; and,

(2) The Magistrate Judge's January 3, 2006 Order will stand.

                                      s/Edwin M. Kosik
                                  United States District Judge