UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ELMER L. THOMAS,                       :
                                       :
                       Plaintiff       :
                                       :        NO. 3:CV-02-1854
          -vs-                         :
                                       :        (Judge Kosik)
                                       :
GERALD NORRIS, et al.,                 :
                                       :
                       Defendants      :

# ORDER

Before the court is plaintiff's "Objection to Magistrate Order of February 10, 2006 Deeming Plaintiff Motion to Compel as Withdrawn in Violation of Local Rule 7.5(b) as Evidenced by its Attachment Hereto."  For the reasons which follow, we will dismiss plaintiff's objection.

Plaintiff, Elmer L. Thomas, an inmate at SCI-Huntingdon, filed a complaint in the instant action pursuant to 42 U.S.C. §1983 on October 15, 2002.  Defendants filed an answer to the complaint on April 8, 2003.

Plaintiff filed a motion to compel seeking disclosure of defendants job functions on January 17, 2006.  No brief was filed in support of the motion.

On February 10, 2006, the Magistrate Judge issued an Order that plaintiff's motion to compel was deemed withdrawn pursuant to Local Rule 7.5 for failure to file a supporting brief.  On February 21, 2006, plaintiff filed the instant objection arguing that no supporting brief was required.

We have reviewed the Magistrate Judge's Order in light of plaintiff's objection and we do not find the February 10, 2006 Order to be clearly erroneous or contrary to law, 28 U.S.C. §636.  Accordingly, we will dismiss the plaintiff's objection.

NOW, THEREFORE, this 27th day of February, 2006, IT IS HEREBY ORDERED THAT:

(1) The plaintiff's objection to the February 10, 2006 Order of the Magistrate Judge (Document 64) is dismissed; and,

(2) The Magistrate Judge's February 10, 2006 Order will stand.


_____    s/Edwin M. Kosik_____
                                    United States District Judge